CENTER FOR DISABILITY ACCESS
RAYMOND G. BALLISTER, JR., ESQ., SBN 111282
MARK D. POTTER, ESQ., SBN 166317
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
rayballister@potterhandy.com

Attorney for Judgment Creditor Irene Meola

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE MEOLA ) | Case No.: CV-05-00949 WMB (RCx) |
| ) | |
| Plaintiff, ) | **(Proposed) RENEWED JUDGMENT** |
| ) | |
| v. ) | |
| ) | |
| HW HOLDINGS, a California Limited ) | |
| Partnership, and DOES 1 through 10, inclusive. ) | |
| ) | |
| Defendants. ) | |

It is hereby ordered and adjudged that Plaintiff Irene Meola shall have RENEWED JUDGMENT in his favor in the amount of $8453.55 against Defendant HW Holdings. The Original Judgment being of amount $6485.50, entered on July 9, 2007 and Post-Judgment interest amounting to $1968.05, calculated at 5.03% per annum.

Dated: 8/14/13

By:_____
United States District Court Clerk

Submitted By:
Raymond G. Ballister, Jr.

(Proposed) Renewed Judgment